EMMA SCHNAKENBERG, Respondent, v. CHARLOTTE SCHNAKENBERG, Individually and as Administratrix c. t. a. of the Last Will and Testament of HENRY A. SCHNAKENBERG, Late of King's County, Deceased, and Others, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

TOBIAS SCHWARTZ, Respondent, v. AMERICAN DISTRIBUTING & SALES CORP. and MILTON GREEN, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

768–770 LINDEN BLVD. CORP., Respondent, v. MAX KARAN, Appellant.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ANNE STADLEN, Respondent, v. HOPARK REALTY COMPANY, INC., and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

UNITED STATES CABINET BED CO., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

FRED WOLFF, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

FRANK ZIMA and Another, Appellants, v. MORSA REALTY CO., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.